UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alexander B. Hankins,<br><br>    Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-00916-GMN-EJY<br><br>**Order** |

    This is a habeas corpus case under 28 U.S.C. § 2254. On June 23, 2021, this court entered an order directing Petitioner Hankins to show cause why this case should not be dismissed due to his failure to file it within the one-year limitation period under 28 U.S.C. § 2244(d)(1). ECF No. 6. The only response this court has received is a pleading styled as a "petition for writ of mandamus/prohibition: to correct an illegal sentence" (ECF No. 8) and motion for appointment of counsel (ECF No. 9). Hankins has failed to demonstrate that this case should not be dismissed.

    IT IS THEREFORE ORDERED that the petition for writ of habeas corpus (ECF No. 5) is DISMISSED with prejudice as untimely. The Clerk shall enter judgment accordingly and close this case.

    IT IS FURTHER ORDERED that a certificate of appealability is DENIED as reasonable jurists would not find dismissal to be debatable or wrong.

    IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel (ECF No. 9) is DENIED as moot.

Dated: September 23, 2021

_____
U.S. District Judge Gloria M. Navarro